# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KIRK E. BINTZLER,

        Plaintiff,        Case No. 00-C-1309

    v.

UNITED STATES ATTORNEY GENERAL
ALBERTO R. GONZALES and DIRECTOR
OF THE UNITED STATES BUREAU OF
PRISONS HARLEY G. LAPPIN,

        Defendants.

## OPINION AND ORDER

        Having reviewed the submissions of Petitioner Kirk Bintzler, the court ORDERS that his "Pro Se Motion for Bond Pending Decision on the Merits of Petitioner's 28 U.S.C. § 2241 Motion by the Honorable Thomas J. Curran, Eastern District of Wisconsin" (filed April 6, 2006) IS DENIED. The Petitioner, who filed his motion pro se, has been represented by counsel. In order to clarify the record, the Petitioner shall inform the court within fifteen days why he is purporting to proceed pro se.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 6th day of April, 2006.

                              s/ Thomas J. Curran
                              Thomas J. Curran
                              United States District Judge